## 63955. MOON v. HABERSHAM COUNTY DEPARTMENT OF FAMILY & CHILDREN SERVICES.

BIRDSONG, Judge.

This is an appeal from an order of Habersham Juvenile Court granting temporary custody of appellant's children to the Department of Family & Children Services. No application for appellate review was filed as required by Code Ann. § 6-701.1; accordingly, this appeal is dismissed. *Walters v. Walters,* 245 Ga. 695 (266 SE2d 507); *Morgan v. Morgan,* 154 Ga. App. 595 (270 SE2d 94).

*Appeal dismissed. McMurray, P. J., and Banke, J., concur.*

DECIDED JUNE 23, 1982.

*T. Andrew Dowdy,* for appellant.

*David A. Fox, H. Perry Michael, Senior Assistant Attorney General, Vivian D. Egan, Carole Atha Cosgrove, Assistant Attorneys General,* for appellee.

## 64102. CITY OF ACWORTH et al. v. WILLIAMS.

QUILLIAN, Chief Judge.

The State Board of Workers' Compensation having failed to give the 10-day notice required by Code Ann. § 114-501 (Code § 114-501; as amended through Ga. L. 1975, pp. 190, 196), it was without authority to order a change in physician. *Insurance Co. of N. A. v. Lovinggood,* 145 Ga. App. 690 (244 SE2d 628).

*Judgment reversed. Shulman, P. J., and Carley, J., concur.*

DECIDED JUNE 23, 1982.

*Richard W. Best,* for appellants.

George H. Williams III, *pro se.*